FISHER & ASSOCIATES
Suite 101 De La Corte Building
167 East Marine Corp. Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886

Counsel for Defendant *Ruby J. Ngirmekur*

FILED
DISTRICT COURT OF GUAM
APR 10 2018
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 17-00012-003 |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE SENTENCING HEARING** |
| RUBY J. NGIRMEKUR, | |
| Defendant. | |

COMES NOW, the defendant, RUBY J. NGIRMEKUR and her counsel Thomas J. Fisher, who moves this Honorable Court for an Order continuing the sentencing hearing currently set for April 13, 2018 at 11:00 a.m., for at least two weeks to a date convenient to the Court. The defendant makes this request for the reason that defendant's counsel has recently returned to Guam from necessary medical treatment in the state of California and is in the process of recuperation.

Assistant U.S. Attorney Marivic P. David, counsel for the United States, concurs in this motion.

RESPECTFULLY submitted this 10th day of April 2018.

Office of the U.S. Attorney

By: _____
MARIVIC P. DAVID
Counsel for United State

FISHER & ASSOCIATES

By: _____
THOMAS J. FISHER
Counsel for Defendant